

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

The State of Texas for the Best Interest and Protection of J.G.

No. 06-13-00025-CV

Appeal from the County Court at Law of Cherokee County, Texas (Tr. Ct. No. 40080). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was error in the judgment of the court below. Therefore, we reverse the trial court's judgment granting the application to administer psychoactive medication and render judgment denying that application.

We further order that the The State of Texas pay all costs of this appeal.

RENDERED MAY 2, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk